**LTL ATTORNEYS LLP**
Joe Tuffaha (Bar No. 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (Bar No. 284022)
  prashanth.chennakesavan@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiff
GEORGE BETAK, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BETAK, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>VALERY MIFTAKHOV, an individual; ELECTRIC MOTOR WERKS, INC., a Delaware corporation; and ENEL X NORTH AMERICA, INC., a Delaware corporation,<br><br>  Defendants. | CASE NO. 3:19-cv-02516-JSC<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1    IT IS HEREBY STIPULATED by and between Plaintiff George Betak and Defendants
2 Valery Miftakhov, Electric Motor Werks, Inc., and Enel X North America, Inc., that this action is
3 hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
4 Procedure.  Each party shall bear their own fees and costs incurred in connection with this action.

| | |
|---|---|
| Dated: October 22, 2020 | LTL ATTORNEYS LLP |
| | By: *s/ Joe Tuffaha* |
| | Joe Tuffaha |
| | Prashanth Chennakesavan |
| | Attorneys for Plaintiff George Betak |
| Dated: October 22, 2020 | SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP |
| | By: *s/ Abraham A. Tabaie* |
| | Abraham A. Tabaie |
| | Attorneys for Defendants Enel X North America and Electric Motor Werks, Inc. |
| Dated: October 22, 2020 | FARELLA BRAUN + MARTEL LLP |
| | By: *s/ Alex Reese* |
| | Alex Reese |
| | Attorneys for Defendant Valery Miftakhov |